# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00454-CV

### A. S., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### NO. 312,083-B, THE HONORABLE ALAN MAYFIELD, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

On January 28, 2021, appellant D.J. sent by U.S. Mail a document titled "Motion for Rehearing," which the Court's Clerk received on February 8, 2021. The Court construes this document as a combined appellant's brief and motion for extension of time to file an appellant's brief. The Court grants the motion for extension of time and directs the Clerk to file the document as D.J.'s appellant's brief. The Court withdraws its previous order of February 3, 2021, which dismissed appellant D.J.'s appeal for want of prosecution; reinstates appellant D.J.'s appeal; and directs the Clerk to restyle this cause *D.J. and A.S. v. Texas Department of Family and Protective Services*.

If appellee Department of Family and Protective Services chooses to file an appellee's brief in response, it should file its brief by February 22, 2021.

It is so ordered on February 12, 2021.


Before Justices Goodwin, Triana, and Kelly